## AT NISI PRIUS, AT EASTON, OCTOBER ASSIZES, 1797.

CORAM, M'KEAN, CHIEF JUSTICE, AND YEATES.

CHARLES SOLOMON FREDERITZE *against* MICHAEL ODENWALDER.

A justification in slander must be confined to the words charged to have been spoken.

SLANDER. The words laid, were charged to have been spoken in the German language, and imported that he, (the plaintiff,) was a liar *and* murderer, and that the defendant would prove it.

Plea. *Non cul.* with leave to justify.

The plaintiff proved the speaking of the words laid, by three witnesses. The defendant examined eight witnesses to show, that the words were spoken in the disjunctive, viz: he was a liar *or* murderer, and then offered to prove that the plaintiff had confessed to four persons, that he had either killed or intended to kill a man. Consequently that he was either a liar or murderer.

*Sed per cur.* If the plaintiff does not prove the words substantially as laid, he cannot recover. The justification must be confined to the words charged to have been spoken, and not to other words. The defendant might with equal propriety, go into the proof that the plaintiff was a thief or adulterer, as into the present deviation from the words laid, and the point in issue would thus be wholly disregarded.

Evidence overruled.

The words appearing to have been spoken in heat, and not repeated, the jury found a verdict for the plaintiff, for 25 dollars damages, and 6 cents costs.

Mr. Sitgreaves, *pro quer*.
Messrs. Clymer, T. Ross and J. Ross, *pro def*.